# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| Robin Hopkins, | Case No. 2:09-cv-02247-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| Phoenix Acquisition Group, LLC, | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS Plaintiff's Motion for Attorneys' Fees and Costs.

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff is awarded $4,410.00 in reasonable attorneys' fees and costs.

IT IS SO ORDERED this 31st day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

Prepared by,

Donald P. Norris  (Bar No. 007464)
Macey & Aleman, P.C.
1701 W. Charleston Blvd, Suite 320
Las Vegas, NV 89102
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  dpn@legalhelpers.com
*Attorney for Plaintiff*